**Electronically Filed
Supreme Court
SCPW-22-0000463
19-SEP-2022
08:38 AM
Dkt. 7 ODDP**

SCPW-22-0000463

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

AARON WILLIAMS, Petitioner,

vs.

THE HONORABLE JAMES R. ROUSE,
Judge of the Family Court of the Second Circuit,
State of Hawaiʻi, Respondent Judge,

and

ALENA WILLIAMS, Respondent.

---

ORIGINAL PROCEEDING
(CASE NO. 2DV211000420)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of Petitioner's petition for a writ of mandamus or prohibition, filed on July 29, 2022, the documents attached and submitted in support, and the record, Petitioner has not demonstrated a clear and indisputable right to relief. Petitioner has also not demonstrated that the respondent judge exceeded the court's jurisdiction, committed a flagrant and manifest abuse of discretion, or refused to act on a matter properly before the court under circumstances in which the judge

has a legal duty to act.  Petitioner is thus not entitled to the requested extraordinary writs.  See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (explaining that a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; such a writ is meant to restrain a judge who has exceeded the judge's jurisdiction, has committed a flagrant and manifest abuse of discretion, or has refused to act on a subject properly before the court under circumstances in which the judge has a legal duty to act); Honolulu Advertiser, Inc. v. Takao, 59 Haw. 237, 241, 580 P.2d 58, 62 (1978) (a writ of prohibition "is an extraordinary remedy . . . to restrain a judge of an inferior court from acting beyond or in excess of [their] jurisdiction"). Accordingly,

It is ordered that the petition for a writ of mandamus or prohibition is denied.

DATED: Honolulu, Hawaiʻi, September 19, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins



2